R. J. C. Walker and Daniel Kavanaugh, trading as Walker & Kavanaugh, Appellants, *v.* Teutonia Insurance Company of New Orleans.

Argued March 16, 1896. Appeal, No. 394, Jan. T., 1895, by plaintiffs, from judgment of C. P. Lycoming Co., March T., 1894, No. 349, refusing to take off nonsuit. Before STERRETT, C. J., GREEN, WILLIAMS, MITCHELL and FELL, JJ. Reversed.

OPINION BY MR. JUSTICE FELL, May 11, 1896:

This case was heard with Walker & Kavanaugh v. The Lion Fire Insurance Company, supra, 345, and involves the same questions. For the reasons stated in the opinion filed in that case the judgment in this is reversed with a venire facias de novo.